### MEGAHEE *v.* HAMILTON.

FISH, J.  This case is controlled by the decision in the case of *Megahee* v. *Hatcher*, this day rendered.  Ante, 498.

*Judgment reversed.   All the Justices concur.*

---

### MILES *et al. v.* GRUBBS *et al.*

GILBERT, J.  This case is controlled by the decision in the case of *Megahee* v. *Hatcher*, this day rendered.  Ante, 498.

*Judgment reversed.   All the Justices concur.*
FEBRUARY 15, 1917.

Complaint for land.  Before Judge Hammond.  Columbia superior court.  September 28, 1915.

*J. S. Watkins* and *William H. Fleming,* for plaintiffs.
*John T. West,* for defendants.